AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - NORTHERN DIVISION__

Rebecca W. Moultrie

V.

H&R Block Mortgage Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-964-ID-VPM

TO: (Name and address of Defendant)

H&R BLOCK MORTGAGE CORPORATION
c/o THE CORPORATION COMPANY, Registered Agent
2000 INTERSTATE PARK DR., STE. 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiff
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064
Telephone: (205) 786-3775
Fax: (205) 780-8540
Email: bekatty@bellsouth.net

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_     10/26/06
CLERK                  DATE

_[signature]_
(By) DEPUTY CLERK