| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _OK Nlie_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): D K Miller   C. Date of Delivery: 10-31-06 |
| 1. Article Addressed to:<br><br>H&R Block Mortgage Corporation<br>c/o The Corporation Company,<br>Registered Agent<br>2000 Interstate Park Dr., Ste. 204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:06CV964<br>C+B<br>(20) |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0004 4158 9172 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |