# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **REBECCA W. MOULTRIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | **2:06-CV-964-ID-VPM** |
| **H&R BLOCK MORTGAGE CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** the defendant, H&R Block Mortgage Corporation and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure certifies the following:

1. H&R Block Mortgage Corporation, a Massachusetts corporation, is a wholly owned subsidiary of Option One Mortgage Corporation, a California corporation, and an indirectly, wholly owned subsidiary of H&R Block, Inc., a publicly traded company.

/s/ Stephen A. Walsh
Stephen A. Walsh
Attorney for Defendant
H&R Block Mortgage Corporation

618445-1

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, AL  35203-3367
Telephone:   (205) 250-5000
Facsimile:    (205) 250-5034
Email:          stephen.walsh@arlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Edward Kirby, Jr.
Smith, Hanson & Kirby, LLC
4401 Gary Ave.
Fairfield, AL 35064

                                        /s/ Stephen A. Walsh
                                        OF COUNSEL