## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **REBECCA W. MOULTRIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv964-ID |
| | ) |
| **H&R BLOCK MORTGAGE CORP.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Defendant's motion to dismiss (Doc. No. 4), it is ORDERED that Plaintiff show cause, if any there be, on or before December 14, 2006, why said motion should not be granted.

DONE this 30th day of November, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE