### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **REBECCA W. MOULTRIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | **2:06-CV-964-ID-VPM** |
| **H&R BLOCK MORTGAGE CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION

**COME NOW** the plaintiff, Rebecca W. Moultrie, and the defendant, H&R Block Mortgage Corporation, and jointly state as follows:

1.  The plaintiff filed a four-count Complaint in this case on October 25, 2006.

2.  Defendant responded to the Complaint by filing a Motion to Dismiss Counts 1 (negligence) and 2 (negligent supervision) of the Complaint.

3.  The plaintiff has agreed to voluntarily dismiss Counts 1 and 2 of her Complaint.

4.  Based on plaintiff's agreement and this stipulation, defendant agrees that its Motion to Dismiss is now moot.

621687-1

WHEREFORE, premises considered, the parties jointly request that the Court allow plaintiff to voluntarily dismiss Counts 1 and 2 of her Complaint, and find that defendant's Motion to Dismiss is therefore moot.

Respectfully submitted,

/s/ Robert Edward Kirby, Jr.
Robert Edward Kirby, Jr.
Attorney for Plaintiff
Rebecca W. Moultrie

**OF COUNSEL:**

SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064
Telephone:   (205) 786-3775
Facsimile:   (205) 780-8540
Email:       bekatty@bellsouth.net

/s/ Stephen A. Walsh
Stephen A. Walsh
Attorney for Defendant
H&R Block Mortgage Corporation

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, AL  35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034
Email:       stephen.walsh@arlaw.com

621687-1                                2