**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **REBECCA W. MOULTRIE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv964-ID |
| | ) |
| **H&R BLOCK MORTGAGE CORP.,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to dismiss (Doc. No. 4), it is ORDERED as follows:

(1) based upon the joint stipulation filed by the parties on December 13, 2006 (Doc. No. 7), counts 1 and 2 of the complaint be and the same are hereby DISMISSED; and

(2) Defendant's motion to dismiss (Doc. No. 4) be and the same is hereby DENIED as moot.

DONE this 14th day of December, 2006.

                                       /s/ Ira DeMent
                                       SENIOR UNITED STATES DISTRICT JUDGE