# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| REBECCA W. MOULTRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:06-CV-964-ID-VPM |
| H&R BLOCK MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d), the parties held a planning meeting on January 3, 2007. All parties participated through counsel: Robert E. Kirby, Jr. for Plaintiff, Rebecca W. Moultrie, and Stephen A. Walsh for Defendant, H&R Block Mortgage Corporation.

2. <u>Pre-Discovery Disclosures.</u> The parties will exchange by January 15, 2007, the information required under Fed.R.Civ.P. 26(a)(1) and Local Rule 26.1.

3. <u>Discovery Plan.</u> Discovery will be needed on the following subjects: Plaintiff's claims and damages and Defendant's defenses. Plaintiff claims that Defendant violated certain disclosure requirements mandated by federal banking law and that such failures to disclose also constitute negligence per se under Alabama law. Defendant contends that its conduct did not violate any federal statutory standards or common law standards of care and that Plaintiff has no injuries or damages properly attributable to or proximately caused by Defendant. The parties jointly propose to the Court the following discovery plan:

 All discovery must be commenced in time to be completed by June 30, 2007.

621969-2

Each party may propound a maximum of 40 interrogatories and 40 requests for production of documents to any other party. Responses to be due as required by Federal Rule of Civil Procedure 33.

Each party may propound a maximum of 40 requests for admission to any other party. Responses to be due as required by Federal Rule of Civil Procedure 36.

Maximum of 7 depositions by Plaintiff and 7 by Defendant. Unless otherwise agreed by the parties or ordered by this Court, depositions are limited, as required by the Federal Rules of Civil Procedure.

Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) due not later than:

    Plaintiff:    March 30, 2007

    Defendant:  April 30, 2007

Supplementation of discovery under Federal Rule of Civil Procedure 26(e) due by June 30, 2007, and at any time thereafter until trial.

    4.    <u>Conferences with the Court.</u> The parties do not request a conference with the Court prior to entry of a scheduling order; however, the parties request a pretrial conference in August 2007.

    5.    <u>Additional Deadlines.</u> The parties jointly propose the following additional deadlines:

Plaintiff may join additional parties or otherwise amend his pleadings until February 15, 2007.

Defendant may join additional parties or otherwise amend their pleadings until March 15, 2007.

Potentially dispositive motions may be filed at any time on or before July 31, 2007.

Final witness and exhibit lists under Federal Rule of Civil Procedure 26(a)(3) are due 30 days before the date set by the Court for

commencement of trial. Parties have 10 days after service of final lists of witnesses and exhibits to submit objections thereto.

This case should be ready for trial by September 2007, and at this time the parties expect trial to last 3-4 days.

6.     <u>Settlement.</u> The parties have discussed the possibility of settlement, and believe that some discovery is necessary prior to submitting a formal evaluation thereof to the Court.

/s/ Robert Edward Kirby, Jr.
Robert Edward Kirby, Jr.
Attorney for Plaintiff
Rebecca W. Moultrie

**OF COUNSEL:**

SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064
Telephone:   (205) 786-3775
Facsimile:    (205) 780-8540
Email:           bekatty@bellsouth.net

/s/ Stephen A. Walsh
Stephen A. Walsh
Attorney for Defendant
H&R Block Mortgage Corporation

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, AL  35203-3367
Telephone:   (205) 250-5000
Facsimile:    (205) 250-5034
Email:           stephen.walsh@arlaw.com