## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REBECCA W. MOULTRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-CV-964-ID-VPM |
| H&R BLOCK MORTGAGE CORP., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by all parties hereto that this action is dismissed with prejudice, each party to bear her or its own attorneys' fees, expenses and costs.

The filing attorney hereby certifies that all parties have agreed to the dismissal of this action.

This the 13th day of June, 2007.

Respectfully submitted,

/s/ Robert E. Kirby, Jr.
Robert E. Kirby, Jr.
Attorney for Plaintiff

**OF COUNSEL:**
The Kirby Law Firm
P.O. Box 606
Columbiana, Alabama 35051
Telephone: (205) 669-5282
bkirby@bkirbylaw.com

666857-1

                /s/ Stephen A. Walsh
                Stephen A. Walsh
                Attorney for Defendant

**OF COUNSEL:**
Adams and Reese, LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone:  (205) 250-5000
stephen.walsh@arlaw.com